Tara Leigh Patterson, Robert Campolongo, Harrisburg, for Board of Probation and Parole.

### *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of June, 2002, probable jurisdiction is noted and the order appealed is affirmed.

Johnnie BYRD, Appellant,

v.

**PENNSYLVANIA BOARD OF PROBATION PAROLE,**
Appellee.

**No. 55 MAP 2002.**

Supreme Court of Pennsylvania.

June 13, 2002.

Johnnie Byrd, Pittsburgh, pro se.

Tara Leigh Patterson, Robert Campolongo, Harrisburg, for Pennsylvania Board of Probation and Parole.

### *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of June, 2002, probable jurisdiction is noted and the order appealed is affirmed.

Henry GIBBS, Jr., Appellant,

v.

**COMMONWEALTH of Pennsylvania, Board of Probation and Parole,**
Appellee.

Supreme Court of Pennsylvania.

June 17, 2002.

### *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of June, 2002, we **AFFIRM** the Order of the Commonwealth Court.